IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

WILLIAM LITZ,

       Petitioner,

v.                                   Case No. 5D18-2360

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed August 31, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

William Litz, Polk City, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 9, 2017 order denying Petitioner's pro se motion for postconviction relief, filed in Case No. 2012-CF-003114-A in the Judicial Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

SAWAYA, LAMBERT and EISNAUGLE, JJ., concur.